01

02

03

04

05

06                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
07                                  AT SEATTLE

08   UNITED STATES OF AMERICA,            )   CASE NO. MJ 10-356
                                          )
09            Plaintiff,                  )
                                          )
10        v.                              )
                                          )   DETENTION ORDER
11   MARCELINO OLVERA,                    )
                                          )
12            Defendant.                  )
     _____)

13

14   Offense charged:      Escape from Custody

15   Date of Detention Hearing:    August 27, 2010

16        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17   based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18   that no condition or combination of conditions which defendant can meet will reasonably assure

19   the appearance of defendant as required and the safety of other persons and the community.

20        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

21        (1)      Defendant is charged with absconding from the Pioneer Fellowship House as a

22   pre-release resident.

          (2)      Defendant would likely be transferred to the custody of the Bureau of Prisons if

DETENTION ORDER                                                                    PAGE 1

01 | not detained by this Court.  He does not contest detention.

02 |         (3)      There does not appear to be any condition or combination of conditions that will

03 | reasonably assure the defendant's appearance at future Court hearings while addressing the

04 | danger to other persons or the community.

05 | It is therefore ORDERED:

06 |         (1)      Defendant shall be detained pending trial and committed to the custody of the

07 |                  Attorney General for confinement in a correction facility separate, to the extent

08 |                  practicable, from persons awaiting or serving sentences or being held in custody

09 |                  pending appeal;

10 |         (2)      Defendant shall be afforded reasonable opportunity for private consultation with

11 |                  counsel;

12 |         (3)      On order of a court of the United States or on request of an attorney for the

13 |                  Government, the person in charge of the corrections facility in which defendant

14 |                  is confined shall deliver the defendant to a United States Marshal for the purpose

15 |                  of an appearance in connection with a court proceeding; and

16 |         (4)      The clerk shall direct copies of this Order to counsel for the United States, to

17 |                  counsel for the defendant, to the United States Marshal, and to the United States

18 |                  Pretrial Services Officer.

19 |         DATED this 27th day of August, 2010.

20 |

21 |                                                    _____
                                                       Mary Alice Theiler

22 |                                                    United States Magistrate Judge

DETENTION ORDER                                                                                PAGE 2